FILED
2019 Apr-09  PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BIRMINGHAM EMERGENCY COMMUNICATIONS DISTRICT,** )<br>)<br>**Plaintiff,** )<br>**v.** )<br>)<br>**TW TELECOM HOLDINGS, INC.,** )<br>***et al.***, )<br>)<br>**Defendants.** ) | Civil Action Number<br>**2:15-cv-00245-AKK** |

## ORDER

Consistent with the parties' Joint Stipulation of Dismissal, doc. 73, the court's order of March 7, 2019, doc. 72, is **REVISED** to reflect that this action is now **DISMISSED WITH PREJUDICE**.  The parties bear their own costs.

**DONE** the 9th day of April, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE